THE STATE OF OHIO, APPELLEE, *v.* KITTLE, APPELLANT.

[Cite as *State v. Kittle*, 100 Ohio St.3d 247, 2003-Ohio-5759.]

(Nos. 2003–1292 and 2003–1293—Submitted September
23, 2003—Decided November 12, 2003.)

---

{¶ 1} The discretionary appeal is allowed on Proposition of Law No. 3 only.

{¶ 2} The certification of conflict is accepted.

{¶ 3} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *State v. Comer*, 99 Ohio St.3d 463, 2003-Ohio-4165, 793 N.E.2d 473.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

LUNDBERG STRATTON, J., dissenting.

{¶ 4} For the reasons expressed in Judge Grady's dissent in *State v. Comer*, 99 Ohio St.3d 463, 2003-Ohio-4165, 793 N.E.2d 473, ¶ 28–39, I respectfully dissent.

Julia R. Bates, Lucas County Prosecuting Attorney, and Brenda J. Majdalani, Assistant Prosecuting Attorney, for appellee.

Gamso, Helmick & Hoolahan and Jeffrey M. Gamso, for appellant.